IN  THE  UNITED  STATES  DISTRICT  COURT  OF
NEW  YORK  -  EASTERN  DIVISION

James McConico, Jr.                          *
Halafax 101                                  *
The Coalition for Better Government          *
                                             *
         Plaintiffs,                         *
                                             *
Vs.                                          *        Case No: _____
                                             *        Assigned By Clerks
HOME BOX OFFICE  (HBO)                        *
HBO -Warner Brothers Discovery               *
John Doe                                     *
Mary Doe - Non-Profit and for               *
Profit Organization[s]                       *
John Doe - Producers and Director[s]         *
John & Jane Doe - Production[s],             *
Company's et. al.,                           *
Robert E. Counsel                            *
Melvin Ray                                    *
                                             *
         Defendants.                         *

Plaintiffs Demand a Trial by Jury!

<u>JURISDICTION</u>

    Plaintiffs bring this claim pursuant to Title 28 -
    U.S.C. -Section §1332(c) -Diversity of Citizenship
    involving the above listed Defendants.

C O U N T   I

1.   Plaintiff James McConico, Jr., [hereinafter McConico] in a prison -

house in the Alabama Department of Corrections [ADOC] at G. K. Fountain C. F.

at 9677 Hwy 21, North, in Atmore, Alabama, 36502.

2.   <u>Halafax 101</u> is a Prison Group - a part of the Non-Profit, i.e., the

Coalition for Better Government <u>supra</u>, both created and owned by Mr. James

McConico, Jr.

REC'D IN PRO SE OFFICE
APR 8 '26 PM3:46

U.S. DISTRICT COURT
OF NEW YORK - CONTINUED:

3.   DEFENDANT -HOME BOX OFFICE [hereinafter HBO] is the business that ha[d] purchase[d], air[ed], distribute[d] and negligently enter[ed] into an agreement to use and profit from the use of the Plaintiffs' intellectual content and said property of Halafax 101; HBO is located at 30 Hudson Yard, in New York, N.Y. 10001.

4.   DEFENDANT's HBO -Warner Brothers Discovery, is a part owner of HBO and is vicariously liable for the[ir] negligence of HBO et. al. inter -alia and is located at 30 Hudson Yard, in New York, N.Y. 10001.

5.   DEFENDANT's Robert E. Counsel is an inmate who[m] is liable of breach of contractual binding agreements, and contract, fraudulent usage of the intellectual property of Mr. James McConico, Jr. et. al., and Halafax 101 for profit[s] ect., whom is located at Kilby Correctional Facility - [hereinafter KCF] at Post Office Box #150, in Mount Meigs, Alabama 36057.

6.   DEFENDANT's Melvin Ray is an inmate who[m] is liable of breach of contractual binding agreements, and contract, fraudulent usage of the same intellectual property of Mr. James McConico, Jr., and Halafax 101 for profit[s] ect., whom is located at KCF at Post Office Box #150, in Mount Meigs, Alabama 36057.

7.   DEFENDANT's Mary & John Doe[s] -defendants identification[s] and known addresses are in the sole possession of defendant[s] HBO, Robert E. Counsel & Melvin Ray and as well Attorney Lauren Faraino, who[m] having entered into contracts with and sold without consent and profited from the property of Mr. James McConico, Jr., and Halafax 101, and the Coaltion for Better - Government.

   Plaintiffs seek identification[s], identit[ies] of their defendant[s]

U.S. DISTRICT COURT
OF NEW YORK - CONTINUED:

in pre-action or pre-trial DISCOVERY['s] upon approval of this U.S.Distrit Court.

8. DEFENDANT's Attorney Ms. Lauren Faraino, is the listed Attorney in the credits of the documentary "Alabama Solutions", and known that the attestations by said named defendants Robert E. Counsel & Melvin Ray were [are] false regarding Halafax 101, and their teaching[s] of - and they have no Prison Reform Agenda[s] and defendant's location is at 2647 Rocky Ridge Lane, in Vestavia Hills, Alabama 35216.

COUNT II

1. The plaintiff James McConico, Jr., [hereinafter McConico] whom created educational and the Prison Reform Group "Halafax 101" on how to get out of prison is a divisiomof his Non-Profit called "The Coalition for Better Government", in the year of 1995. Due to the tactics of the State of Alabama['s] UNLAWFUL - OPERATION['s] of the Alabama Department of Corrections (ADOC) and that inmates Ɛre being held in Alabama without jurisdiction or laws, pertaining to statutes and its 1901 Constitution of Alabama is void ab initio. Halafax 101 is a product derived from the Non-Profit Organization. McConico started "The Coalition for Better Government" and appointed Mr. Dazella Peoples of Chilton County, Alabama.

Halafax 101 How To Get Out Of Prison [hereinafter Halafax 101] is the altered identity of McConico, back in 1978 McConico was traveling to a wedding and going through the "Carolina's" and seen a County named "Halafax".

Once McConico was imprisoned and seen all these children in prison - the products of Rap Songs, Gangs - their realit[ies] of Man -Hood, and no shame in [them] not completing school, the judicial system and the lawyer's taking total advantage of boy's and single Mom's ignorant of the laws.

McConico prayed and asked GOD to guide him and provided him with the courage in a vindicative Prison System, and the State of Alabama.

U.S. DISTRICT COURT
OF NEW YORK - CONTINUED:

Mconico then had to protect himself from the retaliation and transfer as this was a common retaliation tactic in the State of Alabama's Prison System.

Therefore he McConico started Halafax 101 and it's (1st) Curriculum:

"1).   Learn the Constitutional Amendments, 1, 4, 5, 6, 7, 8, 9, 10 and 14 within Fourteen (14) Day['s];

"2).   Alabama's Rules of Criminal Procedures, Rule[s] No: # 1 through #36;

"3).   Post-Conviction Proceedings;

"4).   Alabama's Rules of Evidence;

"5).   Alabama's Rules of Appellate Procedures;

"6).   Alabama's Rules of Civil Procedures;

"7).   How To Find The Law [i.e. Shapardizing]".

Ibid.   McConico thus ingratiated other methods such as a Phone Tree. For example a Mother's Son with Life Sentence or Life Without Parole (LWOP) needs to communicate with another person that truly understans her child  used poor judgment.

Also is McConico's Halafax 101 Cirriculum: "Context Of The Expanded - Subjects" i.e. viz:  Rehabilitative Requirements, as follows:

"I).   Four (4) Basic Ways To Buy Property;

"II).   What Is An Amortization Table;

"III).  What's An "A.P.R."? -Rating;

"IV).   How To Balance Your Checkbook;

U.S. DISTRICT COURT
OF NEW YORK - CONTINUED:

      "V).    How To Rent An Apartment;

      "VI).   How To Establish Credit And Not Get Trapped
            Or In Debt;

      "VII). How To Get The Lights Turned On;

      "VIII).How To Get The Gas Turned On;

      "IX).  How To Get The Water Turned On;

      "X).    How To Grocery Shop;

      "XI).  What Are The Five (5) Basic Food Groups;

      "XII). Special Section Concerning What Credit -
            Repair Is And Is Not;

      "XIII).Basic Concepts In Operating A Computer".

Ibid.

2.   DEFENDANT's Robert E. Counsel [hereinafter Counsel] and Melvin Ray [hereinafter Ray] were / are those children McConico also met with no known abilities to grasph / understand anything on a[ny] higher level of rote'ism and no known knowledge of political, social, academically or economically - tenets.  These two (2) defendant['s] alongside another Fifteen -Thousand ( 15,000.00 ) within Halafax 101 were taught the Four (4) elements of what a "Man -Is", which they were illiterate to what (1) Character, Principles, Morals or Values are -Halafax 101 -awakened them and so many more academics.

    But, under the binding parol agreement, that: "If you knew what to do you'd be doing it, Halafax 101 is mine. I created it, I'm giving it to you free of charge, your duty is to give it to the next poor and broken child that's incarcerated and not charge them, it's mine you can't sell it, profit

U.S. DISTRICT COURT
OF NEW YORK - CONTINUED:

from it, if you do I'm going to sue You!

3.    DEFENDANT's Counsel & Ray knowingly appropriated McConico's altered identity to keep the ADOC from punishing him, Halafax 101 and sold it to them for Commercial value to defendant HBO, McConico's indicia of identiy without his consent.  The ADOC thereinafter placed McConico on rotational transfer[s] for almost twenty-one (21) years -shipping repeatively over and over once defendant's exposed McConico was Halafax 101.

These defendant's breached their contract / agreement[s] and started creating Prison reform models such as "Free Alabama Movement", and also "Alabama Solutions", and various others -all patterned after Halafax 101, but exposing McConico as their teacher.

DEFENDANT HBO knew, or should've known that when they met individuals and Lawyer['s] that didn't inform them that McConico created and had an agreement with McConico that they couldn't profit off Halafax 101 or sell it's Commercial value under the false pretense of Prison Reform.  HBO - knew that Counsel & Ray didn't have a[ny] Prison Reform Agenda using Halafax 101 as a basis where their "Alabama Solutions" concept was founded in the teaching[s] of Halafax 101.

The fraud perpetuated by Counsel & Ray injured the ligitimate work['s] of Halafax 101 of true reform and has inmates writing, calling and asking McConico is this all to this as they're suffering in lock up and been charged with crimes, based upon the pre-textual claim[s] of Prison Reform by HBO, Counsel & Ray.

U.S. DISTRICT COURT
OF NEW YORK - CONTINUED:

HBO's negligence has allowed Counsel & Ray to "Create [a] Go [for] Me Fund" and the donations to accumulate monies for a Prison Reform Agenda that doesn't exist!  Counsel & Ray lied to other inmates that money would be sent to all other prisons to feed them, in support of the alleged Prison Reform Agenda -if they shut down and not work in support of Counsel & Ray's alleged Prison Reform Agenda.

Counsel & Ray sent no money to any prisons for support of their lies and allowed the suffering of inmates; inmates were given disciplinaries for refusing to work, and some were free world prosecuted at the prison units where rioting occurred.

U.S. DISTRICT COURT
OF NEW YORK - CONTINUED:

### III

The defendants Counsel & Ray were allowed in Halafax 101, as were other individuals agreeing to not sell the teaching, contents, profit from it's Agenda.

These two (2) defendants breached the binding parol agreement and used Halafax 101 in concert with defendant HBO, and presented a false designation of the origin of Halafax 101 and false description of the purpose and not the complete Cirriculum of Hlafax 101 in the documentary "Alabama Solutions" for profit[s], without McConico's consent, was a violation of their binding parol contract entered into with McConico.

The binding parol agreement McConico required isn't ambiguous and is the nexus becoming a member of the Halafax 101 belongs to McConico not you; (2) if you know what to do you would be doing it; (3) you can't sell it, profit from it, and you cannot charge individuals for the properties, and the Cirriculum of Halafax 101.

Plaintiff has evidence of habit, custom and routine of the legal - requirements that occur[ed] with regularity to become a member of Halafax - 101 that defendants Counsel & Ray breached thei[ir] binding agreements to be a member of Halafax 101 and illegally sold Halafax 101 properties to HBO for profits -damaging Halafax 101 Prison Reform Agenda, and Rehabilitated Platform['s] that binded Counsel & Ray as a member of Halafax 101 and McConico.

The defendants Counsel & Ray illegally with a negligent disregard for their requirements to become a member of Halafax 101, entered into a contract with a[n] agent or lawyer['s] and entered into a contract with HBO and sold the properties and used the name of Halafax 101 for profit[s].

Page 8 of 12

U.S. DISTRICT COURT
OF NEW YORK  - CONTINUED:

## COUNT  IV

My name is James McConico, Jr. and I am the owner and creator of all said intellectual content, and Prison Reform teachings, in the classes of Halafax 101.

I have taught, recrutied majority - young inmates within the Alabama Penal System, these past twenty (20) + years, their Constitutional & their Statutory rights, basic Life Skills, i.e. How To Get Out Of prison -and them obtaining education was a requirement to become a member of Halafax - 101 and other mandates.

The first mandate is that defendant Robert E. Counsel and Melvin Ray were my students whom had to first -agree as all inmates to a binding parol agreement "An Oath -James McConico, Jr. owns Halafax 101 and I am giving you this knowledge and my property free of charge, you can't sell it or charge anyone for it, if you do I'm going to sue you". Id.

They couldn't sell, or profit from any knowledge, law, business, teaching[s] from Halafax 101 and they have breached this agreement when HBO - financially compensated them, from the contents of Halafax 101 in the documentary: "Alabama Solutions".

The Plaintiff McConico has viewed the "Alabama Solutions" documentary and it's marketing buzz techno for programming, expolition of the suffering of inmates for money and Counsel & Ray. And an attempt at being famous, McConico met these children in their late teens or early twenties. Both defendants Counsel & Ray are guilty of Murder, as I've researched their cases extensively; due to their Life Without Parole Sentences (LWOP).

McConico's subproposition -what is the defendants Prison Reform -

U.S. DISTRICT COURT
OF NEW YORK - CONTINUED:

Strategy?    They don't have one, as they know nothing in Life, never raised a child, never voted, never owned a home . . . never been - ever accountable -but through drugs, robbery, murder and gangs!

Of all McConico's students  these two (2) students  -these were the first one's, totally disrespectful of the other elders of Halafax 101 began selling the teaching[s] for money, character -assassination and selling drug's other no's, all no, no's in Halafax 101.

The presentation and lack of presentation about the truth of their purpose, goals, teachings and Halafax 101 is a lie.  Review the video, i.e. "Alabama Solutions" where is the tactical Prison Reform Agenda?

It's clear that when you use the teaching[s] of Halafax 101 they work, when used by wise and experienced individuals of Halafax 101, but then looking at Counsel & Ray usage of Halafax 101 being crooks using it for selfish gains.

Defendant Attorney Lauren Faraino on the credits of said documentary knew that Counsel & Ray had sold HBO a bill of goods, under deception and a lie.  As she knew said  intellectual content exhibited above was owned and created soly by James McConico, Jr., and is the teacher of Halafax - 101.  Neither Counsel nor Ray had McConico's consent and could not sell Halafax 101 to HBO or anyone else, in any shape, form or fashion[.]

McConico has thousands of witnesses that will readily verify - truthfully to said same and testify openly to the structural of Halafax 101.

I'm demanding a documentary aired time and approval by me of the truthfulness of Prison Reform in the Alabama Depaartment of Corrections.

U.S. DISTRICT COURT

OF NEW YOR - CONTINUED:

so that tax payer's gullibility in judges, politicians and new media about the truth regarding defendants Counsel & Ray's agenda, and an immediate retraction time included and what needs to be did in Alabama for true Prison Reform.

I taught them but it meant helping other['s] -the people that help us and the money poured into the tools for true Prison ReformAgenda . . . defendants Counsel & Ray took / stole all of it, kept it while the inmates suffered hunger, beatings and other in-humane punishment. The Non-Profit Game -but, McConico has the entire story !

U.S. DISTRICT COURT
OF NEW YORK - CONTINUED:

R E L I E F

1.  McConico demands Ten (10) Million Dollars in compensatory damages.

2.  McConico demands Ten (10) Million Dollars in punative damages.

3.  McConico demands a documentary Video to correct the damages of said mis-information and mischaracterization of Halafax 101, Prison Reform, and Rehabilitation within the State of Alabama and it's Prison System.

4.  McConico demands that all people, companies and originations that were defrauded and contributed monies be returned to them.

Done so this 27th day of March, 2026.

Respectfully Submitted,

James McConico, Jr.
G.K. Fountain Cor. Fac.
9677 Hwy 21, North
Atmore, Alabama 36502

IN   THE   UNITED   STATES   DISTRICT   COURT   OF
NEW   YORK   -   EASTERN   DIVISION

James McConico, Jr. et. al.                    *

        Plaintiffs                            *

Vs.                                            *   Case No: _____

                                                            Assigned  By  Clerks

HOME BOX OFFICE (HBO) et. al.,                 *

        Defendants.                           *

## MOTION   TO   RETAIN   VENUE   IN   THE
## STATE   OF   NEW   YORK   AND   ALL   HEARINGS
## TO   BE   JUDICIALLY   HELD   VIA   VIRTUAL

COMES NOW, the Plaintiff James McConico, Jr., [hereinafter McConico] and requests the above styled relief on the following grounds, to -wit:

1.    Regardless of the actions and liability of the defendants, it would be in the best intersts of justice, impartiality of the defendants. Respect and integrity of all the Court[s] and Court proceedings remain in this U.S. District Court.

2.    HBO has presented to the Public a one sided Social dis-reality of Prison Reform, that's a smoke screen for progamming and profits.

3.    Although McConico hasn't included a[ny] Governmental defendant[s] of Alabama, but he is avering in [t]his Motion that the Judicial System will defend the mentality of the State of Alabama. Which is ranked Fifty (50) in education and when it comes to the violation[s] of the United States Constitution -whether directly or indirectly, the[ir] moral compass on judicial integrity is lost, as the emancipation proclamation, and isn't followed within the State of Alabama.

4.    McConico aver's that he taught actual Prison Reform -is: (1) Block

Page 1 of 3

Venue  Motion
Continued:

-Voting, (2) The State of Alabama and it's Prison System is illigitimate, and (3) The lack of proper education by the Politicians is by designed scheme / tactic, that effectually renders the majority of the population guilble -especially in Alabama, to judges, police -men / women and the politicians and renders no humanity for Prison Reform, that the lies the Politicians impregnate into the middle class and poor with the mantra that they're tough onm crime prevails.

5.    A Northern Judicial Forum is essential to adjudicate this case because comparative history and comparative analysis will not be adhered to in the Southern part[s] of this Country in 2026 !

WHEREFORE, For the above said reasons McConico prays that this Motion be GRANTED and all legal means be employed to the public and with integrity of the judicial system.

Done so this 21st day of _____, 2026.

Respectfully Submitted,

James    McConico,    Jr.
#117395    Dorm G
G.K. Fountain Corr. Fac.
9677 Hwy 21, North
Atmore, Alabama  36502

Page 2 of 3

-14-

<u>Venue Motion</u>
<u>Continued</u>:

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have sserved said defendants in accordance with the Federal Rules of Civil Procedure[s], Rule 4 et. seq., placing said summons and complaint in the institutional mailbox, legal services at Fountain Corr. Fac. for delivery, submissions, properly addressed, postage affixed and prepaid first class.

Done so this 27th day of March, 2026.

Respectfully Submitted,

_____
James   McConico,   Jr.
#117   *   Dorm   G
G.K. Fountain Corr. Fac.
9677 Hwy 21, North
Atmore, Alabama   36502

<u>CORRECTION ON SERVICE BLOCK</u>

I hereby certify that Plaintiff's Limited (sic) "MOTION TO RETAIN VENUE IN THE STATE OF NEW YORK..." has been served in accordance with Rule 4 of the F.R.Civ.P., upon service of summons and complaint.

_____
James McConico,

Page 3 of 3

- 15 -

IN THE UNITED STATES DISTRICT COURT OF
NEW YORK - EASTERN DIVISION

James McConico, Jr.,                              *

       Plaintiffs,                            *

Vs.                                               *   Case No: _____

                                                 Assigned By Clerks

HBO -HOME BOX OFFICE et. al.,                     *

       Defendants.                            *

## PLAINTIFF'S LIMITED DISCOVERY FOR SERVICE PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 33 and 34, Federal Rules of Civil Procedure[s], the Plaintiff James McConico, Jr., [hereinafter McConico] submits the following Interrogatories and Requests for Documents to the defendants HBO -HOME BOX OFFICE, HBO -WARNER BROTHERS DISCOVERY, Attorney Lauren Faraino, Robert E. Counsel and Melvin Ray.

You are directed to ANSWER each of the Interrogatories as they pertain to you, in writing, under oath and provide the Plaintiff McConico with copies of each of the Requested documents or make them available to Mr. McConico for inspection and copying.

1.   To all defendants put in writing the title of Melvin Ray & Robert E. Counsel and Alabama Solutions Prison Reform Agenda, in Alabama and where is this pleaded, advertised and expressed to the public and inmates within the Alabama Department of Corrections (ADOC):

ANSWER: _____

_____

_____.

Page 1 of 4

PLAINTIFF'S LIMITED DISCOVERY
CONTINUED:

2.    HBO did you enter into a[ny] contract with defendants Melvin Ray,
Robert E. Counsel and Attorney Lauren Faraino ?

ANSWER:    _____

_____.

[A]:    State the conditions of each contract and their agent[s].

ANSWER:    _____

_____

_____.

[B]:    Enclose a copy of each contract.

3.    HBO did you financially compensate defendants Melvin Ray and Robert E.
Counsel for the documentary Alabama Solution ?

ANSWER:    _____.

[A]:    Is there another name defendants Melvin Ray [herinafter Ray] and
Robert E. Counsel [hereinafter Counsel] utilized as a business
or organization and if so, provide it's name and address ?

ANSWER:    _____

_____

_____

_____.

4.    Ray & Counsel do you have an agent, or did a[n] Attorney represent
You with your business deals with HBO ?

ANSWER:    _____.

Page 2 of 4

-17-

PLAINTIFF'S  LIMITED  DISCOVERY
CONTINUED:

   [A]:  If so provide their names, addresses and contracts.


ANSWER:      _____

          _____

          _____.


5.   HBO explain the production and preparation[s] for documentary Alabama

Solution, provide their names ?

ANSWER:      _____

          _____

          _____

          _____.


6.   HBO state the total amount of money you paid Ray & Counsel for the

rights to the documentary of Alabama  Solution ?

ANSWER:      _____

          _____.


7.   Defendant[s] State the names, addresses and title[s] of each, every

individual involved with Alabama Solution:

ANSWER:      _____

          _____

          _____

          _____.


   [A]:  State the amoun   of financial compensation of / to each, every

PLAINTIFF'S  LIMITED  DISCOVERY
CONTINUED:

-individual received for their involvment or work:

ANSWER: _____

_____

_____

_____.

[B]:    State the name[s] and address[es] of all individual['s] that
were involved with Alabama Solution -that were not paid any-
thing for their contribution['s] to the documentary ?

ANSWER: _____

_____

_____

_____.

James McConico, Jr.

These interrogatories must be sworn to and subscribed to me
under oath by the owners (sic) defendants in this case, on the _____
day of _____, 2026.

_____
Affaint

_____          _____
Notary Public                      My Commission Expires

CERTIFICATE OF SERVICE

I hereby certify that "Plaintiff's Limited Discovery", has ...

Page 4 of 4

been served in accordance with Rule 4 of the F.R.Civ.P., upon
service of summons and complaint.

_____
James McConico, Jr.
#117895  G-Dorm
Fountain  3800
Atmore, Al. 36503

-5-

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Of New York     for the   Eastern Division

Mr. James McConico, Jr. et.al.
_____          )
              *Plaintiff*                                  )
          v.                                          )          Civil Action No.
Home Box Office et. al.                   )
_____          )
           *Defendant*                                )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

           H.B.O. Brother Discovery at
           30 Hudson Yards
           New York, N.Y. 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           Mr. James McConico, Jr. #117395

           G.K. Fountain C.F.

           9677 Hwy 21, North

           Atmore, Alabama 36502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        *CLERK OF COURT*

Date: _____          _____
                                                               *Signature of Clerk or Deputy Clerk*

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| **Mr. James McConico, Jr. et. al.** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| **HOME BOX OFFICE  et. al** | ) | |
| *Defendant* | ) | |
| | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    **HOME   BOX   OFFICE**
**30 HUDSON YARDS**
**NEW YORK, N.Y.   1001**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Mr. JAMES   McCONICO, Jr., #117395 at**
**G. K. Fountain C. F.**
**9677 Hwy 21, North**
**Atmore, Alabama   36502**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                              *Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### Of New York   for the   Eastern Division

Mr. James  McConico, Jr. et. al  )
_____  )
         *Plaintiff*  )
             v.  )  Civil Action No.
Home Box Office et. al.,  )
_____  )
         *Defendant*  )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Attorney Lauren Faraino, at 2647

    Rocky Ridge Lane,

    Vestavia Hills, Alabama 32516

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mr. James  McConico, Jr., #117395

    G.K. Fountain C.F.

    9677 Hwy 21, North
    Atmore, Alabama 36502

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                       *CLERK OF COURT*

Date: _____   _____
                                                 *Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Of New York    for the    Eastern Division

Mr. James McConico, Jr., et. al.    )
_____     )
             *Plaintiff*             )
               v.                    )    Civil Action No.
Home Box Office  et. al.,            )
_____     )
             *Defendant*             )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Melvin Ray at Kilby Corr. Fac.
12201 Wares Ferry Road
P.O. Box 150
Montgomery, Al. 36057-0150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. James McConico, Jr. #117395

G.K. Fountain C.F.

9677 Hwy 21, North

Atmore, Alabama  36502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                          *Signature of Clerk or Deputy Clerk*

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Of New York    for the    Eastern Division

| | | |
|---|---|---|
| Mr. James McConico, Jr., et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Home Box Office  et. al., | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Melvin Ray at Kilby Corr. Fac.
12201 Wares Ferry Road
P.O. Box 150
Montgomery, AL. 36057-0150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. James McConico, Jr. #117295
G.K. Fountain C.F.
9677 Hwy 21, North
Atmore, Alabama  36502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### Of New York          for the  Eastern Division

Mr. James McConico, Jr. et. al.,
_____
                    *Plaintiff*

Home Box Office v. et. al.,
_____
                    *Defendant*

)
)
)       Civil Action No.
)
)
)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Robert Counsel, at Kilby Corr. Fac.

12201 Wares Ferry Road
P.O. Box 150
Montogomery, Al. 360570150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. James McConico, Jr. #117395 at

G.K. Founatin C.F.

9677 Hwy 21, North

Atmore, Alabama 36502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Of New York    for the   Eastern Division

| | |
|---|---|
| Mr. James McConico, Jr. et. al., | ) |
| _____ | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Home Box Office  et. al., | ) |
| _____ | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Robert Counsel, at Kilby Corr. Fac.**

**12201 Wares Ferry Road**
**P.O. Box 150**
**Montegomery, Al. 360570150**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Mr. James McConico, Jr. #117395 at**

**G.K. Founatin C.F.**

**9677 Hwy 21, North**

**Atmore, Alabama 36502**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## of New York for the Eastern Division

James McConico, Jr., et al., )
*Plaintiff* )
v. )  Civil Action No.
Home Box Office et al., )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HBO- Warner Brothers Discovery
30 Hudson Yards
New York, NY 10001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: .

Mr. James McConico, Jr. #117395 at
G.K. Fountain C. F.
9677 Hwy 21, North
Atmore, Al. 36502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                  *Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Mr. James McConico, Jr. et. al.    )
_____    )
Plaintiff                            )
                              v.     )    Civil Action No.
HOME BOX OFFICE  et. al              )
_____    )
Defendant                            )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    HOME  BOX  OFFICE
                                        30 HUDSON YARDS
                                        NEW YORK, N.Y.  1001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. JAMES  McCONICO, Jr., #117395 at
G. K. Fountain C. F.
9677 Hwy 21, North
Atmore, Alabama  36502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                 *Signature of Clerk or Deputy Clerk*

Mr. James M�c̱Conico Jr.
#117395-Dorm-G-45A
Fountain 3800
Atmore, Alabama
            36503

POSTAGE DUE 74¢

To: Office of the Clerk
NEW YorK Eastern
1185 United States Courthouse
225 Cadman Plaza East
Brooklyn, NEW YorK
            11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 08 2026 ★
BROOKLYN OFFICE

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

US POSTAGE
$ 000.74°
FIRST-CLASS