UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

JAMES McCONICO,

                    Plaintiff,             **MEMORANDUM & ORDER**
                                            26-CV-2086 (EK)(LKE)
            -against-

HOME BOX OFFICE (HBO) et al.,

                    Defendants.

------------------------------------x

ERIC KOMITEE, United States District Judge:

       Plaintiff James McConico brings state-law contract and fraud claims against HBO and several individuals, invoking this Court's diversity jurisdiction.  Plaintiff is incarcerated in Alabama and is proceeding *pro se*.  He did not file the authorization form that is required by the Prison Litigation Reform Act.  28 U.S.C. § 1915(a)(2), (b)(1); *Leonard v. Lacy*, 88 F.3d 181, 182 (2d Cir. 1996).  No facts in the complaint suggest that venue is proper in the Eastern District of New York.  For the following reasons, this case is transferred to the Southern District of Alabama.

       A civil action may be brought in (1) "a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located"; (2) "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial

part of property that is the subject of the action is situated"; or (3) "if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b)(1)-(3).  "The district court of a district in which is filed a case laying venue in the wrong division or district shall . . . if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  *Id.* § 1406(a).

Plaintiff states that he is housed in an Alabama correctional facility.  Compl. 1, ECF No. 1.  He names corporate defendants that he alleges are located in Manhattan and a private attorney and other incarcerated individuals located in Alabama.  *Id.* at 2-3.  He does not allege that any defendant is located in the Eastern District of New York.  He asserts the Court's diversity jurisdiction over unspecified state-law claims sounding in contract and fraud.  He does not allege that any of the allegedly fraudulent activity or breach of contract happened in this judicial district.  In an attached "Motion to Retain Venue in the State of New York," Plaintiff requests that this Court retain venue because, he claims, Alabama's "moral compass on judicial integrity is lost."  *Id.* at 13.

This Court is the wrong venue for Plaintiff's claims. Accordingly, this case is transferred to the Southern Division of the United States District Court for the Southern District of Alabama. *See* 28 U.S.C. § 81(c)(2) (Escambia County is in the Southern Division of the Southern District of Alabama).

Collection of the filing fee is reserved for the transferee court.  This Court offers no opinion on the merits of the claims.  The provision of Local Rule 83.1 that requires a seven-day delay is waived.  No summons shall issue from this Court.  The Clerk is respectfully requested to mail a copy of this order to Plaintiff and to note mailing on the docket.

SO ORDERED.


___/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge


Dated:    May 27, 2026
          Brooklyn, New York

3